In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to the Real Property Required for the Purpose of the Approach to the Henry Hudson Bridge from the Northeasterly United States Pier and Bulkhead Line of the Harlem River to Kappock Street, Excluding the Lands of the New York Central Railroad Company, and Lands of the City of New York; for Parkway Street Purposes to Henry Hudson Parkway from the Henry Hudson Bridge Approach to Land Heretofore Acquired for the Saw Mill River Parkway Extension at West 250th Street and for the Purpose of Widening Kappock Street from Independence Avenue to a Point 200 Feet South of Netherland Avenue, in the Borough of the Bronx, City of New York. JAMES W. JOHNSON and JANE JOHNSON GARNJOST, Claimants, Appellants; THE CITY OF NEW YORK, Respondent. — Final decree unanimously affirmed, with costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

GENERAL RECONSTRUCTION CORPORATION, Appellant, v. DAVID M. MILTON, Respondent, Impleaded with Another, Defendant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

UNIQUE FABRICS CORP., Respondent, v. WASHINGTON TRADING CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

JOHN DORED, Respondent, v. LINTON WELLS, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD B. CARLEY, Appellant.— Judgment unanimously reversed and the information dismissed on the ground that the defendant's guilt was not established beyond a reasonable doubt. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of PHILIP EDWARDS, Appellant, for an Order against HARRIS H. MURDOCK and Others, Respondents, and JOHN J. CAMPBELL, JR., Intervenor, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

HENRIETTA MARBE, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

CENTRAL AMERICAN MINES, INC., Respondent, v. LUCIE C. MCALLISTER, Defendant, Impleaded with CATHERINE MCALLISTER and Others, Appellants.— Orders unanimously modified to the extent of requiring plaintiff to serve an amended complaint in accordance with section 241 of the Civil Practice Act and omitting therefrom all irrelevant, repetitious and evidentiary matter, and, as so modified, affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

HARRY WEISS, Respondent, v. MESSING BAKERIES, INC., and LOUIS SCHWARTZ, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.